LEONA TROTTA, PLAINTIFF-PETITIONER AND CROSS-RESPONDENT, v. MAURICE TROTTA, DEFENDANT-RESPONDENT AND CROSS-PETITIONER.

See same case below: 103 *N. J. Super.* 295.

*Mrs. Leona Trotta in propria persona.*

*Messrs. Rudd, Ackerman & Breitkopf* and *Mr. Edward S. Snyder* for the respondent-cross petitioner.

March 11, 1969. Denied.

CITY OF PATERSON, *ETC.*, PLAINTIFF-RESPONDENT, v. THE PATERSON GENERAL HOSPITAL, *ET AL.*, DEFENDANTS-RESPONDENTS.

WILLIAM F. FORBES, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE PATERSON GENERAL HOSPITAL, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Adolph A. Romei* for the petitioners.

*Messrs. Morrison, Lloyd & Griggs, Mr. Richard J. Ryan, Mr. Joseph L. Conn, Mr. Arthur C. Dwyer, Mr. Arthur J Sills* and *Mr. Kenneth M. Olex* for the respondents.

March 17, 1969. Granted.